# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK N. GARLAND,
                                   Appellant,
vs.
JONATHAN S. GARLAND,
                                   Respondent.

No. 72351

FILED

JAN 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Douglas Smith, District Judge
       Robert Saint-Aubin, Settlement Judge
       Marquis Aurbach Coffing
       Hyperion Advisors
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

18-00272